ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Barton Malow Enterprises Inc., as | ) ASBCA No. 62187 |
| successor-in-interest to its wholly owned | ) |
| subsidiaries, including L.C. Gaskins | ) |
| Construction Co. Inc. and Barton Malow | ) |
| Builders LLC | ) |
| | ) |
| Under Contract No. N69450-09-C-5068 | ) |

APPEARANCES FOR THE APPELLANT:      Dirk D. Haire, Esq.
Joseph L. Cohen, Esq.
  Fox Rothschild LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:      Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
Ellen M. Evans, Esq.
  Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $950,000. This amount is inclusive of Contract Disputes Act interest.

Dated: October 28, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_____            _____
OWEN C. WILSON                        J. REID PROUTY
Administrative Judge                    Administrative Judge
Vice Chairman                            Vice Chairman
Armed Services Board                  Armed Services Board
of Contract Appeals                     of Contract Appeals


        I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 62187, Appeal of Barton
Malow Enterprises Inc., as successor-in-interest to its wholly owned subsidiaries,
including L.C. Gaskins Construction Co. Inc. and Barton Malow Builders LLC., rendered
in conformance with the Board's Charter.

        Dated:  October 28, 2021


                                _____
                                PAULLA K. GATES-LEWIS
                                Recorder, Armed Services
                                Board of Contract Appeals


2